**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>     **Plaintiff,**<br>  **v.**<br>**TOMMY L. HUDGENS AND**<br>**ANNA REBECCA HUDGENS,**<br>     **Defendants.** | **Case No. 2:12-cr-64**<br>**Judge Peter C. Economus**<br>**ORDER** |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. # 33) that their plea agreements and Defendants Tommy L. Hudgens and Anna Rebecca Hudgens's guilty pleas be accepted. The Court accepts Defendants' pleas of guilty to the Information which charges four (4) counts of wire fraud, on which Defendants are hereby adjudged guilty.

**IT IS SO ORDERED.**

                                                          **/s/ Peter C. Economus               **
                                                          **PETER C. ECONOMUS**
                                                          **UNITED STATES DISTRICT JUDGE**